**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 13, 2021

BY ECF
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York NY 10007

Application granted.

SO ORDERED.

/s/ Naomi Reice Buchwald
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
September 14, 2021

Re:  **United States v. Durell Charles**
     **21 Cr. 546 (NRB)**

Dear Judge Buchwald,

    I write to respectfully request a modification to Mr. Charles' bail conditions in the above-captioned case. Specifically, we ask the Court to replace his "home detention" condition with "curfew enforced by location monitoring" with the curfew time to be set by Pretrial Services. Bail was set by Magistrate Judge Barbara Moses at Mr. Charles' presentment on August 12, 2021. See Dkt. No. 4.

    Pretrial Services reports that Mr. Charles has been in full compliance with his bail conditions since his release. A curfew would be more appropriate for Mr. Charles' unique family situation: he has primary custody of his son and is caring for his house-bound ailing mother. The requested curfew would enable him to take his son to and from school (the school year starts today) and better care for his son and mother's other needs.

    Pretrial Services, by Officer Mohammed Ahmed, supports this application. The government by Assistant United States Attorney Edward Robinson takes no position.

    Thank you for your consideration

Respectfully submitted,
/s/
Sylvie Levine
212-417-8729

cc:  Pretrial Officer Ahmed
     A.U.S.A. Robinson