**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 2, 2021

BY ECF
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York NY 10007

**Re:   United States v. Durell Charles**
       **21 Cr. 546 (NRB)**

```
Application granted.
Speedy Trial Time is
excluded until January 24,
2022.
SO ORDERED.

                [signature]
           NAOMI REICE BUCHWALD
           UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       December 3, 2021
```

Dear Judge Buchwald,

    I write to respectfully request that the Court extend the motions schedule in the above-captioned case for 30 days. If granted, the new schedule would be: defense motions due January 3, Government opposition due January 17, and defense replies due January 24, 2022.

    Undersigned counsel received new discovery from the government and needs additional time to review it with Mr. Charles and to decide on the appropriate next steps in this case.

    The government by Assistant United States Attorney Edward Robinson consents to this request.

    Given the nature of this request, Mr. Charles consents to the exclusion of time under the Speedy Trial Act until the new deadlines expire. Thank you for your consideration

Respectfully submitted,
/s/
Sylvie Levine
212-417-8729