

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 25, 2022

> Application granted.  A status conference is scheduled for February 3, 2022 at 12:30 p.m. Speedy Trial Time is excluded until February 3, 2022.
> SO ORDERED.
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
> Dated: New York, New York
>         January 26, 2022

**BY ECF**
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York NY 10007

    Re: *United States v. Durell Charles*, 21 Cr. 546 (NRB)

Dear Judge Buchwald:

    The Government respectfully writes, with the consent of defense counsel, that the Court schedule a status conference.  Defense counsel has also informed the Government that the defense will not be filing any motions. Accordingly, the parties expect to request a trial date at the next conference.

    The Government also requests that the Court exclude time under the Speedy Trial Act until the scheduled conference. The defendant also consents to this request.

    Thank you for your consideration.

        Respectfully,

        DAMIAN WILLIAMS
        United States Attorney

by: _____
    Edward C. Robinson Jr.
    Assistant United States Attorney
    (212) 637- 2273