March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                 -v-

Durell Charles,

                 Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TEL/VIDEOCONFERENCE**

21-CR-546 (NRB) (__)

Defendant **Durell Charles** hereby voluntarily consents to participate in the following proceeding via videoconferencing / telephone conference:

    Initial Appearance/Appointment of Counsel

    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

    Preliminary Hearing on Felony Complaint

    Bail/Revocation/Detention Hearing

 X   Status and/or Scheduling Conference

    Misdemeanor Plea/Trial/Sentence

/s/ Durell Charles by Sylvie Levine
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Durell Charles**
_____
Print Defendant's Name

/s/ Sylvie Levine
_____
Defense Counsel's Signature

**Sylvie Levine**
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

2/3/2022
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge