March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

            ,         Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TEL/VIDEOCONFERENCE**

_____-CR-_____(___) (___)

Defendant _____ hereby voluntarily consents to participate in the following proceeding via ~~videoconference~~ / ~~telephone conference~~:

       Initial Appearance/Appointment of Counsel

       Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

       Preliminary Hearing on Felony Complaint

       Bail/Revocation/Detention Hearing

       Status and/or Scheduling Conference

X    ~~Misdemeanor~~ Plea/Trial/Sentence

/s/ Durell Charles  by Sylvie Levine
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

/s/ Sylvie Levine
_____
Defense Counsel's Signature

_____
Print Defendant's Name

_____
Print Defense Counsel's Name

This proceeding was conducted by reliable ~~videoconferencing~~ / teleconferencing technology.

_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge