# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 21, 2022

BY ECF
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York NY 10007

Application granted.
SO ORDERED.

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
July 22, 2022

Re:  **United States v. Durell Charles**
     **21 Cr. 546 (NRB)**

Dear Judge Buchwald,

    I write to respectfully request a temporary modification to Mr. Charles' bail conditions, so that he can attend his 25th annual family reunion, his grandmother's 90th birthday, and other family celebrations in New Jersey on August 6 and 7 (returning home to S.D.N.Y. each night). His family is gathering together from all across the country and his grandmother is eager to have all of her children and grandchildren present. Mr. Charles will provide the exact addresses to Pretrial Services.

    Pretrial Services by Officer Francesca Piperato has no objection to this request and also confirms that Mr. Charles has been compliant with the terms of his release. The government by A.U.S.A. Edward Robinson defers to Pretrial Services and takes no position on this request.

    Thank you for your consideration

Respectfully submitted,

/s/
Sylvie Levine
212-417-8729